1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff(s),

    v.

HEALTH MAINTENANCE CENTERS, INC.,
et al.,

               Defendant(s).

NO. C02-153P

ORDER ON MOTION OF RECEIVER
FOR AUTHORITY TO REJECT
CERTAIN CLAIMS AND
CATEGORIES OF CLAIMED
AMOUNTS

The above-entitled Court, having received and reviewed the Notice of the Motion filed

herewith, the Receiver's First Omnibus Objection to Claims (the "Omnibus Objection") filed herein on

February 2, 2005, the accompanying Memorandum of Points and Authorities in Support of the

Motion, the Declaration of Receiver Michael A. Grassmueck, the objection of Claimant Thomas

Riccolo and the pleadings and filings previously made in this case, makes the following ruling:

IT IS HEREBY ORDERED that:

1.      The Receiver is authorized to reject all claims for accrued or unpaid interest, attorneys'

fees and costs, all consequential damages, lost profits, and punitive or exemplary

damages with regard to any proof of claim filed against the Receivership Entities or any

one of them; and

2.      The Receiver is authorized to reject all claims by former employees, whether such

employees were independent contractors or direct employees, for severance, holiday,

vacation, unpaid sick leave or vacation pay.

**ORDER ON**
**RCVR'S MTN - 1**

The clerk is directed to provide copies of this order to all counsel of record.

Dated:  July 1, 2005

Marsha J. Pechman
U.S. District Judge

**ORDER ON
RCVR'S MTN - 2**