UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff(s),

  v.

HEALTH MAINTENANCE CENTERS, INC., et al.,

        Defendant(s).

NO. C02-153P

ORDER ON MOTION FOR RECONSIDERATION

The above-entitled Court, having received and reviewed:

1. Motion for Reconsideration of Allowance of Claim (filed by Claimant Dr. Constance Brown; Dkt. No. 541)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion for reconsideration is DENIED.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: January 9, 2006

                          /s/ Marsha J. Pechman
                          Marsha J. Pechman
                          U.S. District Judge

**ORD ON MTN FOR RECONSID - 1**