**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 02-0153P |
| Plaintiff, | **ORDER APPROVING SETTLEMENT** |
| vs. | |
| HEALTH MAINTENANCE CENTERS, INC., BAINBRIDGE HUMAN PERFORMANCE CENTERS, PLLC, ZNETIX, INC., CASCADE POINTE OF ARIZONA, LLC, CASCADE POINTE OF NEVIS, LLC, KEVIN L. LAWRENCE, DONOVAN C. CLAFLIN, CLIFFORD G. BAIRD, KIMBERLY ALEXANDER, BONNIE M. COUCH, STACY GRAY AND VICKI L. LAWRENCE, | |
| Defendants. | |

THIS MATTER came before the Court on the Motion of the Receiver and Defendant Jeffrey M. Bensky ("Bensky") (collectively, the "Parties"), parties in *Grassmueck v. Bensky, et al.,* No. C 04-2016P (the "Action"), for an order approving the settlement that pertains to the Action and *Securities and Exchange Commission v. Health Maintenance Centers, et al.,* No. C 02-0153P (the "SEC Case").

The Court has reviewed the files and records in the Action and the SEC Case, including the Motion for Approval of Settlement and supporting declarations and

LAW OFFICES
Jlen Matkins Leck Gamble
Mallory & Natsis LLP

ORDER APPROVING SETTLEMENT
(Case Nos. C 02-0153P and C 04-2016P)
732329.01/LA

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, 7th Floor
Los Angeles, California 90071
(213) 622-5555 – Fax (213) 620-8816

1   any response(s) thereto, and is fully advised.  The Court has also reviewed the

2   settlement and the Settlement Agreement entered into by the Receiver and Bensky

3   (together, the "Settlement").

4       As used herein, the term "Receivership Entities" means Health Maintenance

5   Centers, Inc. ("HMC"), Znetix, Inc., Cascade Pointe of Arizona, LLC, Cascade

6   Pointe of Nevis, LLC, Bainbridge Maintenance Centers, PLLC, and their respective

7   subsidiaries, affiliates, joint ventures or other entities for which they or Kevin

8   Lawrence, Donovan Claflin or Clifford Baird were the managing general partner or

9   in control, including but not limited to Cascade Pointe of Washington, Cascade

10   Pointe of St. Kitts and Bainbridge Maintenance Centers, PLLC.

11       As used herein , the term "Claim" means:  (i) a right to payment, whether or

12   not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent,

13   matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured;

14   (ii) a right to an equitable remedy for breach of performance, whether or not such

15   equitable remedy is reduced to a judgment, fixed, contingent, matured, unmatured,

16   disputed, undisputed, secured or unsecured; or (iii) a claim based upon contract, tort,

17   contribution, indemnity, reimbursement, subrogation theories or other legal or

18   equitable theory.  "Claim" or "Claims" include, without limitation, investor claims

19   based on the purchase of stock or other investment in any of the Receivership

20   Entities or Claims against any other person or entity arising out of or based upon

21   any investment in, or interest in, or Claim against any of the Receivership Entities.

22       NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

23       (1)    The Motion for Approval of Settlement is granted.

24       (2)    The Court finds, concludes and orders that all Claims against Bensky

25   held by any person or entity, including but not limited to the creditors, investors,

26   claimants, directors, officers, employees and agents of the Receivership Entities,

27   arising from the acts and/or omissions of Bensky in his status, or his putative,

28   alleged or de facto status as officer, director, advisory board member, employee or

LAW OFFICES
**Jlen Matkins Leck Gamble
Mallory & Natsis LLP**

ORDER APPROVING SETTLEMENT
(Case Nos. C 02-0153P and C 04-2016P)
732329.01/LA

-2-

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, 7th Floor
Los Angeles, California 90071
(213) 622-5555 – Fax (213) 620-8816

1  consultant of or on behalf of TBG Development LLC ("TBGD") and/or the

2  Receivership Entities or its affiliates, be permanently and forever barred.

3      (3)    The Court finds, concludes and orders that all Claims by any person or

4  entity against Bensky or any of them in any action that has been or may be brought

5  by the Receiver, and all third-party claims for, or defenses regarding,

6  indemnification, contribution, negligence, contributory negligence or any other tort,

7  contract or statutory claim, however denominated and regardless of the allegations,

8  facts, law, theories or principles on which it is based, against Bensky, based upon,

9  arising out of, related to, or in connection with the Action be, and hereby are,

10  permanently and forever barred.

11      (4)    The Court finds, concludes and orders that the Settlement, the amount

12  of the settlement proceeds, and the terms of the Settlement Agreement are approved

13  and that they are fair, adequate, reasonable, equitable and prudent as to all interested

14  parties.

15      (5)    Nothing in this Order shall be construed to prohibit the Receiver from

16  pursuing claims against third parties.

17      (6)    The District Court retains exclusive jurisdiction to resolve any disputes

18  or challenges that may arise as to the performance, validity, interpretation,

19  administration, enforcement, or enforceability of this Order and of the Settlement

20  and any document that pertains thereto.

21      (7)    There being no just cause for delay, this Order is, and is intended to be,

22  a final decision of the Court, within the meaning of Rule 54(b) of the Federal Rules

23  of Civil Procedure and is intended to be appealable upon its entry.

24

25  DATED:  ___October 12__, 2006

26

27  /s Marsha J. Pechman
    Honorable Marsha J. Pechman

28      United States District Court Judge

LAW OFFICES
Jlen Matkins Leck Gamble
Mallory & Natsis LLP

ORDER APPROVING SETTLEMENT
(Case Nos. C 02-0153P and C 04-2016P)
732329.01/LA
-3-

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
515 S. Figueroa Street, 7th Floor
Los Angeles, California 90071
(213) 622-5555 – Fax (213) 620-8816